## WASHINGTON COUNTY.

James W. D. Rathbun

*vs.*

New York, New Haven &

Hartford R. R. Co.

Exceptions, &c., No. 207.

EVIDENCE ; PRESUMPTION OF GRANT OF RIGHT OF WAY ; PLEAD-
ING AT LAW ; REMEDY FOR OBSTRUCTING RIGHT OF WAY.

*Filed May 4, 1896.*

PER CURIAM.   A right of way being an incorporeal
hereditament the proper remedy for obstructing or inter-
rupting it is case, and not trespass.   The objection that the
plaintiff has mistaken his action is not waived by submitting
the case to the jury.   Advantage may be taken of the error
at any stage of the trial.   1 Chit. Pl. ** 143, 193.   We are
of the opinion, therefore, that the Common Pleas Division
properly directed a nonsuit.   The plaintiff's petition for a
new trial must be denied, and the case remitted to the Com-
mon Pleas Division with direction to enter judgment for the
defendant with costs.

We are of the opinion that the Common Pleas Division
erred in holding that the evidence submitted by the plaintiff
tended to prove nothing more than a revocable license.   We
think that the evidence would have warranted the jury in
presuming a grant of a way, without any finding that the
plaintiff was entitled to the way by prescription.   Washburn
on Easements, (Edition of 1863,) 19, 20.

*Baker & Potter*, for plaintiff.

*Dixon*, for defendant.